IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| XE CORPORATION,<br><br>　　　　　Plaintiff/Counter-<br>　　　　　Defendant,<br><br>vs.<br><br>THATCHER COMPANY of NORTH DAKOTA, INC.,<br><br>　　　　　Defendant/Counter-<br>　　　　　Claimant. | CV 20-39-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Defendant/Counter-Claimant Thatcher Company of North Dakota, Inc. ("Thatcher") moves for the admission of Andrew C. Orr to practice before this Court in this case with W. Scott Mitchell to act as local counsel.  Mr. Orr's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Thatcher's motion to admit Andrew C. Orr *pro hac vice* is GRANTED on the condition that Mr. Orr shall do his own work.  This means that Mr. Orr must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Orr, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 8th day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge