IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| XE CORPORATION,<br><br>        Plaintiff/Counter-<br>        Defendant,<br><br>vs.<br><br>THATCHER COMPANY of NORTH DAKOTA, INC.,<br><br>        Defendant/Counter-<br>        Claimant. | CV 20-39-BLG-TJC<br><br>**ORDER RESETTING DEADLINES** |

The parties have jointly moved the Court to reschedule certain deadlines set forth in the June 3, 2020 Scheduling Order (Doc. 17).  (Doc. 23.)  Accordingly,

IT IS HEREBY ORDERED that the motion (Doc. 23) is **GRANTED**.  The Scheduling Order dated June 3, 2020 (Doc. 17) is hereby amended as follows:

| | |
|---|---|
| Simultaneous Disclosure of Damages and Liability Experts: | **December 16, 2020** |
| Disclosure of Rebuttal Expert Disclosures: | **30 days after the other party's disclosure** |

IT IS FURTHER ORDERED that all other deadlines and provisions of the

/ / /

/ / /

Scheduling Order (Doc. 17) shall remain in full force and effect.

**IT IS ORDERED.**

DATED this 2nd day of November, 2020.

                                                 _____
                                               TIMOTHY J. CAVAN
                                               United States Magistrate Judge